USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/02/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-   19-CR-537 (VEC)

ISMAEL JIMENEZ MARTINEZ,   ORDER

                      Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for December 20, 2019, with both parties' sentencing submissions due December 10, 2019; and

WHEREAS a scheduling conflict has arisen on the Court's calendar;

IT IS HEREBY ORDERED that sentencing is ADJOURNED to **January 3, 2020 at 2:00 p.m.** The deadline for both parties' sentencing submissions remains **December 10, 2019**.

**SO ORDERED.**

Date:  December 2, 2019
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**